# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF DELAWARE

| IN RE:<br><br>Constar International, Inc.<br><br>Debtor(s) | CASE NO. 08-10111 (CSS)<br><br>CHAPTER 7<br><br>**Objection Deadline: January 31, 2022 at 4:00 p.m.**<br>**Hearing Date: February 16, 2022 at 10:45 a.m.** |
|---|---|

## MOTION TO DEPOSIT UNCLAIMED FUNDS

Pursuant to Federal Rule 3011, the Trustee in the above-captioned case hereby submits this Motion for permission to turn over to the Clerk of the Bankruptcy Court unclaimed dividends in the amount of $169,368.85. The names(s) and address(es) of the Claimant(s) entitled to the unclaimed dividends are as follows:

| Claim # | Name & Address of Claimant | Claim Amount | Dividend Amount |
|---|---|---|---|
| 3 | Hasler Finanical Services<br>3400 Bridge Pkwy Ste 201<br>Redwood City CA 94065 | 3,105.14 | 274.35 |
| 7 | Bay State Corporate Services<br>6 Beacon St Ste 510<br>Boston MA 02108 | 299.00 | 26.42 |
| 10 | Coffee Pause<br>1260 Suffield Street<br>Agawam, MA 01001 | 1,288.50 | 113.84 |
| 12 | Columbia Electric Supply Inc.<br>PO Box 4050<br>Brockton MA 02403-4050 | 1,953.76 | 172.62 |
| 12 NHI | Donald R. Fairbanks<br>20 Cobblestone Ln<br>North Attleboro, MA 02760 | 19,387.39 | 1,712.93 |
| 38 | Ralph Pill Electric Supply Co.<br>307 Dorchester Ave<br>Boston MA 02127 | 129,129.00 | 11,408.89 |

| | | | |
|---|---|---|---|
| 47 | Munro Distributing Company, Inc.<br>115 N Seventh St<br>Fall River MA 02722 | 441.25 | 38.99 |
| 50 | Hasler Financial Services<br>C/O Armsco Inc., Agent For Hasler<br>PO Box 1345<br>Englewood FL 34295 | 800.20 | 70.70 |
| 63 | Seaboard Surety Company<br>Hinshaw & Culbertson LLP<br>Attn: Bernard D. Posner, Esq.<br>One International Pl 3rd Flr<br>Boston MA 02110 | 1,113,159.84 | 98,350.67 |
| 64 | Jet Electric Motor Co., Inc.<br>680 School St<br>Pawtucket RI 02862 | 7,200.00 | 636.14 |
| 66 | William A. Berry & Son, Inc.<br>Bodoff & Associates<br>225 Friend St<br>Boston MA 02144 | 640,199.00 | 56,563.30 |
| | Total Unclaimed Dividends | | $169,368.85 |

1. On June 3, 2021, the Trustee filed the Trustee's Final Report and Account of the Administration of the Estate (the "Final Report").

2. On July 12, 2021, the Court entered an Order approving the Final Report and authorizing the Trustee to distribute the funds in the Debtor's bankruptcy estate in accordance therewith, and the Trustee made the distribution to creditors in accordance with the Final Report.

3. The distribution included several checks made payable to the creditors listed above (the "Claimants"). The checks were mailed to the addresses listed in the Final Report, which were the addresses provided in the Proofs of Claim filed by the Claimants.

4. The Claimants were listed in the Final Report; the Claimants did not object to the Final Report or to the addresses listed for distribution.

5. After reasonable investigation, the Trustee was able to determine that the companies are either out of business; cannot be located; or are unresponsive.

## RELIEF REQUESTED

6. The Trustee hereby requests that the Court enter an Order authorizing the deposit of the Unclaimed Funds, totaling $169,368.85 into the Court Registry.

7. Pursuant to Section 347 of the Bankruptcy Code, "[n]inety days after the final distribution under section 726, 1226, or 1326 of this title in a case under chapter 7, 12, or 13 of this title, as the case may be, the trustee shall stop payment on any check remaining unpaid, and any remaining property of the estate shall be paid into the court and disposed of under chapter 129 of title 28." 11 U.S.C. § 347.

8. Ninety days have passed since the Trustee made final distribution in this case and the Trustee has voided the Unclaimed Funds.

9. The Trustee believes that the Unclaimed Funds should be paid to the Court Registry at this time.

10. Pursuant to Federal Rule of Bankruptcy Procedure 7067(a), a Court Order must be entered before funds may be deposited with the Court.

11. In accordance with Federal Rule of Bankruptcy Procedure 3011, attached hereto as Exhibit "A" is a list of all known names and addresses for the creditor to which the Unclaimed Funds were distributed.

**WHEREFORE**, the Trustee respectfully requests that this Court enter an Order authorizing the deposit of Unclaimed Funds into the Court Registry and for such other and further relief as is just and proper.

Dated: January 14, 2022

*/s/ George L. Miller*
George L. Miller, Trustee
1628 John F. Kennedy Blvd.
Suite 950
Philadelphia, PA 19103
Tele: (215) 561-0950
Fax: (215) 561-0330